

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

VERONICA RAYE VANCE,

          Defendant.

CR 16-83-BLG-SPW

ORDER

Upon the Defendant's Motion to File Document Under Seal (Doc. 16), and for good cause being shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant's Motion to Suppress Statements, Brief in Support of Motion to Suppress Statements and attached exhibits are filed under seal.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 24th day of October, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge