
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VERONICA RAYE VANCE, <br><br> Defendant. | CR 16-83-BLG-SPW <br><br> ORDER |

Upon the Defendant's Motion to File Documents Under Seal (Doc. 39), and for good cause being shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant's treatment information and test results are filed under seal.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 11th day of April, 2018.

SUSAN P. WATTERS
United States District Judge