IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA RAYE VANCE,<br><br>Defendant. | CR 16-83-BLG-SPW<br><br><br>ORDER |

Upon the U.S. Probation Office's Unopposed Request for Early Termination of Supervision (Ex. 1), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Request is GRANTED. Veronica Raye Vance's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 1st day of October, 2020.

SUSAN P. WATTERS
United States District Judge